**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| Shawyne Harris, Robert Taylor, and Sidney Dasent, individually and as representatives of a class similarly situated persons, on behalf of the Swiss Re Group U.S. Employee's Savings Investment Plan,<br><br>*Plaintiffs*,<br><br>v.<br><br>Swiss Re American Holding Corporation, the Board of Directors of the Swiss Re American Holding Corporation, the Swiss Re American Holding Corporation Governance & Nomination Committee, the Swiss Re American Holding Corporation Audit Committee, the Swiss Re American Holding Corporation Compensation Committee, the Swiss Re American Holding Corporation Finance & Risk Committee, the Swiss Re American Holding Corporation Investment Committee, and Does No. 1-30, whose names are currently unknown,<br><br>*Defendants*. | Case No. 1:22-cv-07059 (ALC)<br><br><br>**STIPULATION AND PROPOSED ORDER EXTENDING MOTION TO DISMISS BRIEFING DEADLINES** |

**WHEREAS**, on November 18, 2022, the Court entered an order (ECF No. 26, the "Scheduling Order") in which the Court ordered that: (i) the deadline for Defendants to submit their Motion to Dismiss shall be December 12, 2022; (ii) the deadline for Plaintiffs' Opposition shall be January 6, 2023; and (iii) the deadline for Defendants' Reply to Plaintiffs' Opposition shall be January 13, 2023;

**WHEREAS** the parties have met and conferred and agree that an extension to this briefing schedule is reasonable and warranted;

**NOW, THEREFORE, IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through their undersigned counsel, as follows:

- 1 -

1.    The deadline for Defendants to submit their Motion to Dismiss shall remain December 12, 2022;

2.    The deadline for Plaintiffs to fully brief their Opposition shall be extended to January 13, 2023; and

3.    The deadline for Defendants to reply to Plaintiffs' Opposition shall be extended to February 3, 2023.

The parties jointly and respectfully request that the Court reschedule the briefing schedule in accordance with the forgoing dates.

Dated: December 5, 2022                     Respectfully submitted,

                                            **SEDHOM LAW GROUP**

                                            */s/Matthew J. Scott*
                                            Rania V. Sedhom
                                            Matthew J. Scott
                                            630 Fifth Avenue, Suite 2508
                                            New York, NY 10111
                                            212-644-1600 (tel.)
                                            rsedhom@bespokelawfirm.com
                                            mscott@bespokelawfirm.com

                                            *Attorneys for Plaintiffs*

Dated: December 5, 2022                     Respectfully submitted,

                                            **MORGAN, LEWIS & BOCKIUS LLP**

                                            */s/ Melissa D. Hill*
                                            Melissa D. Hill
                                            101 Park Avenue
                                            New York, NY 10178-0060
                                            Tel: (212) 309-6000
                                            melissa.hill@morganlewis.com

                                            *Attorneys for Defendants*

- 3 -

\*    \*    \*

**IT IS SO ORDERED:**

Date: _____

                                                            _____
Honorable Andrew L. Carter Jr.
United States District Judge