UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SHAWYNE HARRIS, et al, <br><br> *Plaintiffs*, <br><br> -against- <br><br> SWISS RE AMERICAN HOLDING CORPORATION, et al, <br><br> *Defendants*. | 1:22-cv-07059 (ALC) <br><br> <u>CONFERENCE ORDER</u> |

**ANDREW L. CARTER, JR., District Judge:**

The Court will hold a telephonic conference in this action on Wednesday, October 11, 2023 at 11:00AM Eastern Time.

All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated:** **September 21, 2023**
**New York, New York**

_____
ANDREW L. CARTER, JR.
United States District Judge