**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

**SHAWYNE HARRIS, et al,**

                                    *Plaintiffs,*

        -against-

**SWISS RE AMERICAN HOLDING**
**CORPORATION, et al,**

                                    *Defendants.*

**1:22-cv-07059 (ALC)**

**AMENDED CONFERENCE ORDER**

---

**ANDREW L. CARTER, JR., District Judge:**

        The Court will hold a telephonic conference in this action on Wednesday, October 11,

2023 at 12:30PM Eastern Time.

        All Parties shall appear and should contact the Court at 1-888-363-4749 (access code:

3768660).

**SO ORDERED.**

**Dated:        October 10, 2023**
**               New York, New York**

_____
        **ANDREW L. CARTER, JR.**
        **United States District Judge**