

**630 Fifth Avenue, Ste 2508, New York, NY 10111**
**212-664-1600 (tel.) 212-563-9280 (fax)**

Rania V. Sedhom, Member
Samuel A. Rubert, Of Counsel
Matthew J. Scott, Senior Associate

<u>Via ECF and Email</u>

October 10, 2023

The Honorable Andrew L. Carter Jr.
United States District Judge
United States District Court for the
Southern District of New York
40 Foley Square, Room 435
New York, NY 10007

            Re: *Harris v. Swiss Re American Holding Corp., et al.*, 1:22-cv-07059 (ALC)

Dear Judge Carter:

  I received the amended conference order and I write to advise that I have a conflict during that time and request an adjournment. I conferred with opposing counsel Melissa D. Hill, Esq. who consents to an adjournment. If it is convenient for the Court, we are both available on Thursday, October 12, 2023 before 11:30am and after 1:30pm and available any time on Thursday, October 19, 2023.

         Regards,
         SEDHOM LAW GROUP, PLLC

         *Rania V. Sedhom*
         By:_____
          Rania V. Sedhom
          Member

cc: M. Hill