UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

| | |
|---|---|
| SHAWYNE HARRIS, et al,<br><br>      *Plaintiffs*,<br><br>-against-<br><br>SWISS RE AMERICAN HOLDING CORPORATION, et al,<br><br>      *Defendants*. | 1:22-cv-07059 (ALC)<br><br>**SECOND AMENDED<br>CONFERENCE ORDER** |

**ANDREW L. CARTER, JR., District Judge:**

  The Court will hold a telephonic conference in this action on October 12, 2023 at 4:00PM Eastern Time.

  All Parties shall appear and should contact the Court at 1-888-363-4749 (access code: 3768660).

**SO ORDERED.**

**Dated: October 10, 2023**
     **New York, New York**

                          **ANDREW L. CARTER, JR.**
                             **United States District Judge**