IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| **Shawyne Harris, Robert Taylor,** and **Sidney Dasent**, individually and as representatives of a class similarly situated persons, on behalf of the **Swiss Re Group U.S. Employee's Savings Investment Plan,**<br><br>*Plaintiffs,*<br><br>v.<br><br>**Swiss Re American Holding Corporation, et al.**<br><br>*Defendants.* | **STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)**<br><br><br>Case No: 1:22-cv-07059 (ALC) |

### STIPULATION OF VOLUNTARY DISMISSAL PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties and their respective counsel(s) that the above-captioned action is voluntarily dismissed, without prejudice, against the Defendants pursuant to the Federal Rules of Civil Procedure 41(a)(1)(A)(ii).

By: *[signature]*
Rania V. Sedhom (RVS5439)
Matthew J. Scott (5803945)
630 Fifth Avenue, Suite 2508
New York, NY 10111
212-664-1600 (tel.)
212-563-9280 (fax)
rsedhom@bespokelawfirm.com
*Attorney for Plaintiffs and the Proposed Class*

By: *Melissa D. Hill*
Melissa D. Hill
Samuel Block
Robert H. O'Leary
101 Park Avenue
New York, NY 10178
Tel: (212) 309-6000
Melissa.hill@morganlewis.com
*Attorneys for Defendants*